UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR10-94 MJD/JJK |
| Plaintiff, | (18 U.S.C. § 1038(a)(1)) |
| v. | |
| DANIEL GERALD PETERSON, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(False Information and Hoaxes)

On or about September 13, 2009, in the State and District of Minnesota, the defendant,

**DANIEL GERALD PETERSON,**

did intentionally convey false or misleading information (a tip that a known third party was planning to bomb the Bank of Oklahoma Center located in Tulsa, Oklahoma) under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken, was taking and would take place, that would constitute a violation of Title 18, United States Code, Section 2332f (Bombings of places of public use, public transportation systems and infrastructure facilities) of this title, all in violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY            FOREPERSON

SCANNED
APR 12 2010
U.S. DISTRICT COURT MPLS

FILED APR 12 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____
DEPUTY CLERK'S INITIALS____